# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LEROY PERRY, Jr., | ) |
| Plaintiff, | ) |
| v. | ) CV417-229 |
| CERES MARINE TERMINALS, INC., | ) |
| Intervenor, | ) |
| v. | ) |
| NYK LINE (NORTH AMERICA) INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Defendants Miyazaki Sangyo Kauin, Ltd., and Hokoku Marine Co., Ltd., moved to join Lucinda Perry, plaintiff's spouse, as a necessary party. Doc. 33 at 1 (explaining her joinder is necessary "to assert any claims she may have for loss of consortium or loss of services of her spouse, Leroy Perry, Jr."). Their motion, which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this 11th day of July, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA